Jason M. Kerr
Nevada State Bar No. 7773
Email:  jasonkerr@ppktrial.com
PRICE, PARKINSON & KERR
5742 W. Harold Gatty Drive
Salt Lake City, Utah 84116
Tel: 801-517-7088
Fax: 801-530-2932

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIGNATURE SURGERY CENTER LLC, d/b/a SIGNATURE PLASTIC SURGERY, a Nevada Corporation; and HIMANSU SHAH, an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>CEL SERVICES GROUP, INC. d/b/a INSIGHT SURGICAL EQUIPMENT Co., an Illinois corporation; and ANDREW SIROTA, an Individual;<br><br>Defendants. | Case No. 2:21-cv-215-JCM-EJY<br><br>**DEFAULT JUDGMENT**<br><br>Judge James C. Mahan and Magistrate<br><br>Judge Elayna J. Youchah |

Defendants CEL Services Group, Inc. d/b/a Insight Surgical Equipment Co. ("Insight") and Andrew Sirota ("Sirota") (collectively "Defendants"), having failed to plead or otherwise defend this action, and their default having been entered, and the Court having reviewed all papers and pleadings on file herein, it is hereby ordered that Plaintiffs Signature Surgery Center, LLC d/b/a Signature Plastic Surgery ("Signature Plastic Surgery") and Himansu Shah ("Dr. Shah") (collectively "Plaintiffs") be awarded judgment against the Defendants as follows:

    1. Default judgment is entered against Insight for breaching its contracts with Plaintiffs

[Proposed] Default Judgment

by:

    a.  Failing to deliver all of the refurbished medical equipment Plaintiffs ordered and paid for in Insight invoices 7788 and 7789; and

    b.  Delivering defective and/or inoperable equipment under Insight invoices 7788 and 7789.

2.  Default judgment is entered against Insight for breaching its express warranties to Plaintiffs for its failure to deliver items of operable medical equipment free of defects, suitable to be used in the finest surgical environments, and Insight's subsequent failure to remedy these breaches under its extensive and full parts and labor warranty as alleged in the Complaint.

3.  Default judgment is entered against Defendants for committing fraud by making misrepresentations about their ability to perform their obligations under Insight Invoices 7788 and 7789 as alleged in the Complaint.

4.  Default judgment is entered against Insight for being unjustly enriched by not delivering medical equipment and suitable medical equipment that Plaintiffs paid for under Insight Invoices 7788 and 7789 as alleged in the Complaint.

5.  Default judgment is entered against Defendants for damages in the amount of $224,726.00 for Insight's breaches of contract, breaches of warranty, and unjust enrichment and for both Defendants' commission of fraud by making misrepresentations about their ability to perform under Insight Invoices 7788 and 7789.

6.  Default judgment is entered against Defendants for prejudgment and post judgment interest on the $224,726.00 that Plaintiffs paid under Insight Invoices 7788 and 7789.

7. Default judgment is entered against Insight for breaching its contract with Dr. Shah when it failed to pay the principal and interest due under the Loan Agreement by February 21, 2020 and its subsequent failure to pay the applicable monthly late fees to the present.

8. Default judgment is entered against Mr. Sirota for committing fraud by converting the loan proceeds and/or amounts due to Dr. Shah for personal use.

9. Default judgment is entered against Mr. Sirota for committing fraud by misrepresenting the purpose of the loan to Dr. Shah prior to and in the Loan Agreement.

10. Default judgment is entered against Defendants to pay $41,000.00 in damages to Dr. Shah related to Insight's breaches of the Loan Agreement and related to Mr. Sirota's conversion of loan proceeds and/or amounts due to Dr. Shah for personal use as alleged in the Complaint.

11. Default judgment is entered against Defendants for either post judgment interest on the $41,000.00 judgment related to the Loan Agreement or ongoing late fees in the amount of $500.00 per month, which ever is greater.



Date: May 16, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

[Proposed] Default Judgment

3